UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVANO PADRON VILLELA, JR., <br><br> Petitioner, <br> vs. <br> MIKE McDONALD, Warden, <br><br> Respondent. | Case No. ED CV 11-59 DOC (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: August 23, 2011

/s/ David O. Carter
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE