UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVANO PADRON VILLELA, JR., <br><br> Petitioner, <br> vs. <br> MIKE McDONALD, Warden, <br><br> Respondent. | Case No. ED CV 11-59 DOC (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: August 23, 2011

_/s/ David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE